# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:23-cv-00102-FDW

| | |
|---|---|
| **DECARLOS B. BARNES,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) **ORDER** |
| **JENNIFER GRANT, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on review of the docket in this matter and on Plaintiff's request for copies [Doc. 9].

Pro se Plaintiff DeCarlos B. Barnes ("Plaintiff") filed this action on April 18, 2023, against Defendants Grant, Gosnell, Hunter, Kay, and Payne pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 8]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 8]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from May 12, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 7]. On June 15, 2023, the Court received Plaintiff's letter requesting "All Exhibits" filed in this case, which was dated June 8, 2023, and originally delivered to the local county courthouse. [Doc. 9; see Doc. 9-1]. Plaintiff did not include payment for the requested copies.

Nonetheless, more than 30 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice and deny Plaintiff's

request for copies as moot.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's request for copies [Doc. 9] is **DENIED** as moot.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 26, 2023

Frank D. Whitney
United States District Judge